# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JESUS VALDEZ BERMUDEZ,<br><br>　　　　　　Petitioner,<br><br>　v.<br><br>ALBERTO GONZALEZ, et.al.,<br><br>　　　　　　Respondents.<br>　　　　　　　　　　　　　　　　　　／ | CV F   07-00807 LJO DLB HC<br><br>ORDER DENYING PETITIONER'S MOTION<br><br>[Doc. 16] |

　　　Petitioner is detained by the Bureau of Immigration and Customs Enforcement ("BICE") and is proceeding with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2241.

　　　On July 10, 2007, Petitioner filed a motion entitled "MOTION FOR ORDER; RESPONDENT SHOULD NOT MOVE THE PETITIONER WITH OUT GOOD REASON UNDER FEDERAL RULE APPELLATE PROCEDURE § 23.A."  (Court Doc. 16.)

　　　In his motion, Petitioner is requesting that this Court issue an order preventing him to be moved to a different INS facility without a legitimate reason.

　　　Petitioner is advised that there is no constitutional right to imprisonment in a specific prison.  White v. Lambert, 370 F.3d 1002, 1013-1014 (9th Cir. 2004).  This Court does not have the authority to prevent Petitioner's transfer to a different facility as deemed appropriate by INS officials.  Accordingly, Petitioner's request is DENIED.


　　　IT IS SO ORDERED.

　　Dated:   **July 21, 2007**　　　　　　　　　**/s/ Dennis L. Beck**
　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

1