# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JESUS VALDEZ BERMUDEZ, | CV F   07-00807 LJO DLB HC |
| Petitioner, | ORDER DENYING PETITIONER'S MOTION FOR RECONSIDERATION OF COURT'S ORDER DENYING MOTION FOR APPOINTMENT OF COUNSEL |
| v. | |
| ALBERTO GONZALEZ, et.al., | [Doc. 26] |
| Respondents. | |

      Petitioner is detained by the Bureau of Immigration and Customs Enforcement ("BICE") and is proceeding with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2241.

      Petitioner has repeatedly filed motions for the appointment of counsel and motions for reconsideration of the Court's orders denying said requests for counsel.

      On June 11, 2007, the Court denied Petitioner's motion for the appointment of counsel. (Court Docs. 4, 6.)

      On June, 19, 2007, Petitioner filed a second motion for the appointment of counsel. (Court Doc. 10.)  Petitioner filed another motion for the appointment of counsel on July 10, 2007.  (Court Doc. 15.)  Both motions were denied on July 19, 2007.  (Court Doc. 18.)

      On June 20, 2007, Petitioner filed a motion for reconsideration of the Court's June 11, 2007, order.  (Court Doc. 11.)  On July 23, 2007, the Court denied Petitioner's motion for reconsideration.  (Court Doc. 23.)

      Now pending before the Court is Petitioner's motion for reconsideration of the denial of

the appointment of counsel, filed August 15, 2007.  (Court Doc. 26.)  It is not clear what order Petitioner is seeking the Court to reconsider.  However, it is clear he is requesting reconsideration of his previous denials for the appointment of counsel.  The motion is specifically addressed to the attention of the undersigned.

Pursuant to Rule 60(b) of the Federal Rules of Civil Procedure,

> the court may relieve a party or a party's legal representative from a final judgment, order, or proceeding for the following reasons: (1) mistake, inadvertence, surprise, or excusable neglect; (2) newly discovered evidence which by due diligence could not have been discovered in time to move for a new trial under Rule 59(b); (3) fraud (whether heretofore denominated intrinsic or extrinsic), misrepresentation, or other misconduct of an adverse party; (4) the judgment is void; (5) the judgment has been satisfied, released, or discharged, or a prior judgment upon which it is based has been reversed or otherwise vacated, or it is no longer equitable that the judgment should have prospective application; or (6) any other reason justifying relief from the operation of the judgment.

Petitioner fails to meet this standard.  Petitioner does not set forth any arguments or evidence that have not already been considered by this Court.  Petitioner's arguments present no basis for relief.

Accordingly, Petitioner's Motion for Reconsideration is DENIED.  Because the undersigned is simultaneously issuing a recommendation to deny the instant petition for writ of habeas corpus, no further requests for the appointment of counsel or reconsideration of such prior denials will be entertained.  IT IS SO ORDERED.

Dated:    **October 3, 2007**           **/s/ Dennis L. Beck**
UNITED STATES MAGISTRATE JUDGE