# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JESUS VALDEZ BERMUDEZ,<br><br>        Petitioner,<br><br>   v.<br><br>ALBERTO GONZALEZ, et.al.,<br><br>        Respondents.<br>_____/ | CV F   07-00807 LJO DLB HC<br><br>ORDER DIRECTING RESPONDENT TO SUBMIT RESPONSE TO PETITIONER'S OBJECTIONS ADDRESSING THE APPLICABILITY OF 8 USC § 1226 |

     Petitioner is detained by the Bureau of Immigration and Customs Enforcement ("BICE") and is proceeding with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2241.

     Petitioner filed the instant petition for writ of habeas corpus on June 1, 2007. Respondent filed a response on July 23, 2007, and Petitioner filed a traverse on August 27, 2007. (Court Docs. 20, 28.) On October 4, 2007, the undersigned issued a Findings and Recommendation that the petition be denied. (Court Doc. 32.) Petitioner filed objections to the Recommendation on October 23, 2007.

     In his objections, Petitioner states that the Respondent has failed to address why 8 U.S.C. § 1226 does not apply to him. The Court finds that Petitioner's objection may have merit, and Respondent must file a response *addressing and applying* § 1226 to the instant petition.

     Based on the foregoing, it is HEREBY ORDERED that:

     1.    Within twenty (20) days from the date of service of this order, Respondent shall file a response to Petitioner's objection addressing and applying § 1226 to the

1  instant petition, accompanied by any and all relevant documentation; and,

2. Within twenty (20) days from the date Respondent files his response, Petitioner may file a reply.

IT IS SO ORDERED.

Dated:   **February 25, 2008**                         **/s/ Dennis L. Beck**
                                                   UNITED STATES MAGISTRATE JUDGE