# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JESUS VALDEZ BERMUDEZ,<br><br>          Petitioner,<br><br>     v.<br><br>ALBERTO GONZALEZ, et.al.,<br><br>          Respondents. | CV F  07-00807 LJO DLB HC<br><br>ADDENDUM TO ORDER ADOPTING FINDINGS AND RECOMMENDATIONS<br><br>[Doc. 39] |

On August 8, 2008, the undersigned adopted the Findings and Recommendation, as modified therein, and the instant petition for writ of habeas corpus filed pursuant to 28 U.S.C. § 2241 was denied and judgment was entered. (Court Docs. 39, 40.) On August 12, 2008, Respondent filed a supplement notifying the Court of new Ninth Circuit authority.[1] (Court Doc. 41.) Respondent notes that on the same day as the Ninth Circuit issued its decision in Prieto-Romero v. Clark, __ F.3d __, No. 07-35458, 2008 WL 2853396, which the Court relied on in large part to deny the instant petition, the Ninth Circuit issued a decision in a related case, Casas-Castrillon v. Dept. of Homeland Security, __ F.3d __, No. 07-56261, 2008 WL 2902026.  There, the Court held that aliens, such as Petitioner in this case, who are in current immigration detention subject to order of removal that is stayed due to further judicial review, are entitled to an individualized bond hearing before an Immigration Judge, not the post-order detention review currently implemented by Immigration and Customs Enforcement.  Respondent submits that

---

[1] The Court appreciates Respondent's notification.

1

1 Petitioner is eligible for a bond hearing and it will be made available to him upon motion filed to
2 the Immigration Judge.
3    Accordingly, the Court's order of August 8, 2008, is HEREBY AMENDED to reflect that
4 based on the Ninth Circuit's holding in <u>Casas-Castrillon v. Dept. of Homeland Security</u>, 2008
5 WL 2902026, Petitioner is entitled to an individualized bond hearing upon his request filed to the
6 Immigration Judge, and the Court accepts Respondent's representation that such hearing will be
7 held.
8 IT IS SO ORDERED.
9 **Dated:   August 13, 2008**              /s/ Lawrence J. O'Neill
                                        UNITED STATES DISTRICT JUDGE